Bobby Samini, Esq. (SBN 181796)
**ASG SAMINI LAW GROUP, LLP**
949 South Coast Drive, Suite 420
Costa Mesa, California 92626
Telephone: (949) 724-0900
Facsimile: (949) 724-0901

Attorneys for Plaintiff,
MOHAMMAD BAHADORI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SACV

| MOHAMMAD BAHADORI, | ) CASE NO. 11-00876 DOC (RNB) |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER RE STIPULATION |
| vs. | ) TO DISMISSAL WITHOUT PREJUDICE |
| GLOBAL CLIENT SOLUTIONS, LLC, an Oklahoma limited liability company; and DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

The Court, having considered the Stipulation to Dismissal Without Prejudice as to the entire action of all parties and all causes of action,

**ORDERS:**

**The Stipulation to Dismissal Without Prejudice of the entire action is GRANTED by the Court.**

DATED: June 20, 2012

_____
United States District Judge

[PROPOSED] ORDER RE STIPULATION TO DISMISSAL WITHOUT PREJUDICE
- 1 -